UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | ORDER |
| VS. | : | |
| EDWIN VIERA | : | CR. NO. 07-80-01 (FLW) |
| Defendant | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this  26 th   day of  July, 2016,

ORDERED that  Lisa Van Hoeck, AFPD  from the Office of the Federal Public Defender for the District of New Jersey is  hereby appointed to represent said defendant in this cause until further order of the Court.

                                                                               *s/Freda L. Wolfson*
                                                       **FREDA L. WOLFSON**
                                                       **UNITED STATES DISTRICT JUDGE**

cc:  Federal Public Defender